RECEIVED
IN LAKE CHARLES, LA.

JUL -7 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ABDULHKIM BOROU | * | CIVIL ACTION NO. 2:13-CV-3216 |
| Plaintiff | * | |
| V. | * | JUDGE MINALDI |
| ERIC HOLDER, JR. | * | |
| Defendant | * | MAGISTRATE JUDGE KAY |

*************************************************************

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 2] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* [Doc. 1] be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this __1__ day of __July__, 2014.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE